UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
DEANERIC DUPAS,                   :
     Plaintiff,                   :
                                  :
     v.                           :     Case No. 3:12-cv-1215 (AVC)
                                  :
LEO ARNONE, et al.,               :
     Defendants.                  :
```

## RULING AND ORDER

The plaintiff asks the court to order Counselor Bonaventura to make as many copies as the plaintiff wants without charge.  The plaintiff's motion is denied for two reasons.

First, Counselor Bonaventura is not a party to this case.  Thus, the court cannot order Counselor Bonaventura to take any action.  See United States v. Regan, 858 F.2d 115, 120 (2d Cir. 1988) (noting that courts cannot issue orders to non-parties).  Second, the exhibits attached to the motion show that, even when the plaintiff did not meet the indigency requirement entitling him to copies, Counselor Bonaventura was providing the plaintiff two copies of documents he seeks to file with the court.  The plaintiff would file the original document with the court, retain one copy for his records and serve one copy on defendants' counsel.  More copies are not required.

The plaintiff's motion for order compelling Counselor

Bonaventura to make copies [**Doc. #40**] is **DENIED**.

**SO ORDERED** at Hartford, Connecticut this <u>  20th </u> day of August 2013.

<u>  /s/ Thomas P. Smith            </u>
**Thomas P. Smith**
**United States Magistrate Judge**